■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE KREPS, Appellant. — Judgment unanimously affirmed. (See *People v Esteves,* 41 NY2d 826; *People v Shively,* 66 AD2d 1022.) (Appeal from judgment of Erie Supreme Court, Marshall, J. — manslaughter, second degree.) Present — Dillon, P. J., Simons, Doerr, Denman and Moule, JJ.

■ ANDREW LESNIAK et al., Respondents, v GENERAL MOTORS CORPORATION — CHEVROLET MOTOR DIVISION, Defendant and Third-Party Plaintiff. GRINNELL FIRE PROTECTION SYSTEMS, INC., Third-Party Defendant-Appellant. — Order unanimously affirmed, with costs (see *Smith v Hooker Chem. & Plastics Corp.,* 83 AD2d 199). (Appeal from order of Erie Supreme Court, Broughton, J. — dismiss counterclaim.) Present — Dillon, P. J., Simons, Doerr, Denman and Moule, JJ.

■ FRANK D. MILONE, Respondent, v GENERAL MOTORS CORPORATION, Appellant. — Order unanimously reversed, without costs, and motion granted. Memorandum: In this products liability action General Motors Corporation is entitled to an order compelling plaintiff to produce and permit discovery of copies of all documents submitted by or on behalf of plaintiff and copies of all transcripts of testimony or other sworn statements given by plaintiff in connection with his no-fault claim against his insurer, Travelers Insurance Company, arising from a related negligence action in which plaintiff was defended by Travelers *(Milone v General Motors Corp.,* 84 AD2d 921). Plaintiff need not duplicate items which are produced by Travelers in accordance with our determination (see *Milone v General Motors Corp., supra).* (Appeal from order of Erie Supreme Court, Cook, J. — discovery.) Present — Hancock, Jr., J. P., Callahan, Doerr and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DERRICK DAVIS, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent. — Appeal unanimously dismissed as moot *(People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Wyoming Supreme Court, Conable, J. — habeas corpus.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.